UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERRANT GENE THERAPEUTICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MEMORIAL SLOAN KETTERING CANCER CENTER and SLOAN KETTERING INSTITUTE <br><br> Defendants. | Case No. 21-cv-8206 (VSB) |

### ORDER GRANTING LETTER MOTION TO SEAL

Upon the letter motion of Defendants Memorial Sloan Kettering Cancer Center and Sloan Kettering Institute (collectively, "Sloan Kettering") for leave to file under seal and/or in redacted form certain materials in connection with Sloan Kettering's Motion to Compel Arbitration and Stay Proceedings, or, in the Alternative, to Dismiss, dated December 2, 2021, it is hereby ORDERED:

1. Sloan Kettering's Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and Stay Proceedings, or, in the Alternative, to Dismiss is hereby sealed and may be filed in redacted form.

2. Exhibits 1-8 to the Declaration of Robert J. Gunther, Jr. in Support of Defendants' Motion to Compel Arbitration and Stay Proceedings, or, in the Alternative, to Dismiss are hereby sealed.

December _7_, 2021

_____
Honorable Vernon S. Broderick

Defendants are instructed to file the redacted versions of the materials on ECF.  So ordered.