**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 12/13/2022

The Clerk of Court is respectfully directed to close the motions at Docs. 26 and 61.



**Fox Rothschild LLP**
ATTORNEYS AT LAW

101 Park Avenue, 17th Floor
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
WWW.FOXROTHSCHILD.COM

WANDA D. FRENCH-BROWN
Direct No: 646 601 7617
Email: WFrench-Brown@FoxRothschild.com

December 12, 2022

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *San Rocco Therapeutics, LLC v. Memorial Sloan Kettering Cancer Center, et al.*, No. 1:21-cv-08206-VSB

Dear Judge Broderick:

  On December 6, 2022, the Court entered an Order (Dkt. No. 100) granting Plaintiff's, with Defendants' consent, motion to withdraw its motion for leave to file a second amended complaint (the "SAC Motion"), and to dismiss its claim of fraudulent inducement with prejudice. In addition, the Court directed parties to submit a joint status letter by December 13, 2022, stating what matters are mooted by Plaintiffs' withdrawal of the SAC Motion and what matters still require resolution. In compliance with your Honor's instructions, the parties jointly submit this status letter.

  The following matters are mooted:

a) Dkt. No. 61 (Plaintiff's June 7, 2022, motion requesting that the Court reserve decision on Defendants' January 12, 2022, motion to compel arbitration and stay the proceedings, or, in the alternative, to dismiss Plaintiff's first amended complaint); and

b) Dkt. No. 26 (Defendants' December 2, 2021, motion to compel arbitration and stay proceedings, or, in the alternative, to dismiss Plaintiff's complaint).

  The following matter is pending: Dkt. No. 36 (Defendants' January 12, 2022, motion to compel arbitration and stay the proceedings, or, in the alternative, to dismiss Plaintiff's first amended complaint).

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington

140535273.4



Hon. Vernon S. Broderick
December 12, 2022
Page 2

In the Order, your Honor further instructed parties to state whether they believe that this litigation would benefit from a referral to a mediation program or magistrate judge for a settlement conference. (Dkt. No. 100.) At this time, the parties anticipate engaging in settlement discussions in the near future; however, the parties have not yet determined that a referral to a mediation program or magistrate judge for a settlement conference would be beneficial at this time.

Respectfully submitted,

| **FOX ROTHSCHILD LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| /s/   Wanda French-Brown | /s/  Robert J. Gunther, Jr. |
| Wanda D. French-Brown | Robert J. Gunther, Jr. |
| Natalie I. Uhlemann | 7 World Trade Center |
| 101 Park Ave, 17th Floor | 250 Greenwich Street |
| New York, NY 19178 | New York, NY 10007 |
| Tel: (212) 878-7900 | Tel: (212) 230-8800 |
| Fax: (212) 692-0940 | Fax: (212) 230-8888 |
| wfrench-brown@foxrothschild.com | robert.gunther@wilmerhale.com |
| nuhlemann@foxrothschild.com | |

*Counsel for Defendants Memorial Sloan Kettering Cancer Center and Sloan Kettering Institute*

**HORTON LEGAL STRATEGIES PLLC**

/s/   Lenore Horton
Lenore Horton
11 Broadway, Suite 615
New York, NY 10004
(212) 888-9140
lenore@hortonlegalstrategies.com

*Counsel for Plaintiff San Rocco Therapeutics, LLC*

140535273.4