UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAN ROCCO THERAPEUTICS, LLC,
        Plaintiff,

v.

MEMORIAL SLOAN-KETTERING CANCER CENTER and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,
        Defendants.

Case No. 1:21-cv-08206 (VSB)
Hon. Vernon S. Broderick

## ORDER

The Court, having considered the Parties' Joint Stipulation and Motion to Stay Action, and finding good cause appearing therefore, ORDERS as follows:

1. The above-entitled action, and all the claims raised therein, shall be stayed, with the Court retaining jurisdiction, pending the decision of the arbitrator on the issue of whether all or part of the claims in this action must be arbitrated under the Settlement Agreement executed between the parties.

2. The Parties shall file a joint status report on October 31, 2023 apprising the Court of the arbitrator's decision as to whether, under the Settlement Agreement, the causes of action filed by Plaintiff in this case are required to be decided by arbitration absent Plaintiff's consent to arbitration of those separate causes of action; and submit a joint statement, if necessary, requesting that the stay in this action be lifted.

IT IS SO ORDERED.

Dated: August 17, 2023
New York, New York

By: *Vernon Broderick*
Vernon S. Broderick
United States District Judge